ORIGINAL



FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. 09- **CR09-00784** |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | |
| JOHN McCARTHY, | ) | [31 U.S.C. §§ 5314 and 5322(a), 31 C.F.R. § 103.24: Willful Failure to File Report of Foreign Bank and Financial Accounts TD F 90-22.1 ("FBAR")] |
| Defendant. | ) | |

The United States Attorney charges:

COUNT ONE

[31 U.S.C. §§ 5314 and 5322(a); 31 C.F.R. § 103.24 ]

1.  Citizens and residents of the United States who have a financial interest in, or signature or other authority over, a financial account in a foreign country with an aggregate value of more than $10,000 at any time during the year are required to file with the Department of Treasury a Report of Foreign Bank and Financial Accounts (Form TD F 90-22.1)(FBAR).  This report is due by June 30 of the following year.

///

///

1      2.    The FBAR reporting requirement is separate from the
2  obligation of a United States citizen or resident to indicate on a
3  Federal income tax return (Form 1040, Schedule B) whether that
4  individual has an interest in a financial account in a foreign
5  country by checking "Yes" or "No" in the appropriate box.  The FBAR
6  is an annual report, filed with the Internal Revenue Service
7  ("IRS").
8      3.    During the calender year 2004, defendant JOHN McCARTHY
9  ("McCARTHY"), a resident of Malibu, California, had an interest in
10 or signature or other authority over at least one financial account
11 at UBS AG bank in Switzerland, having an aggregate value exceeding
12 $10,000.
13 ///
14 ///

4. On or about June 30, 2005, within the Central District of California and elsewhere, defendant McCARTHY did knowingly and willfully fail to file a Report of Foreign Bank and Financial Accounts (Form TD F 90-22.1)(FBAR) disclosing that he had a financial interest in, and signature and other authority over, a financial account in a foreign country, namely, defendant McCARTHY's Swiss bank account at UBS AG, which account had an aggregate value of more than $10,000 during the year 2004.

THOMAS P. O'BRIEN
United States Attorney

*/s/ Christine C. Ewell*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

*/s/ Sandra R. Brown*

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

*/s/ Robert Conte*

ROBERT CONTE
Assistant United States Attorney
Deputy Chief, Tax Division